UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIELLE CAPHART,

    Plaintiff,

v().

CASE NO. 8:17-cv-1055-T-24 TGW

MERRICK BANK,

    Defendant.

_____/

### NOTICE OF SETTLEMENT

Defendant, MERRICK BANK, pursuant to Local Rule 3.08, hereby gives notice that the parties have reached an agreement, in principle, and are finalizing a formal written agreement. Upon the execution and compliance of said agreement, the necessity of this cause of action will be eliminated.

Respectfully submitted,

McGLINCHEY STAFFORD

/s/Derek K. Mountford, Esq.
N. Mark New, Esq.
Florida Bar #0476773
Derek K. Mountford, Esq.
Florida Bar #127172
10407 Centurion Parkway, North, Suite 200
Jacksonville, FL  32256
Tel: (904) 224-4449
Fax: (904) 212-1491
dmountford@mcglinchey.com
mnew@mcglinchey.com
Attorneys for Merrick Bank

1321485.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been filed via the CM/ECF system and served via email on this **19**th day of December, 2017.

*/s/Derek K. Mountford*
Attorney

1321485.1