UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIELLE CAPHART,

    Plaintiff,                                CASE NO.:  8:17-CV-1055-T-24TGW

v.

MERRICK BANK,

    Defendant.
_____/

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Danielle Caphart, and Defendant, Merrick Bank, by and through undersigned counsel and pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above case with prejudice. Each party is to bear their own attorney's fees, costs and expenses.

[Signatures are on the next page]

Dated: March 26, 2018                                    Respectfully Submitted,

| | |
|---|---|
| **TOLICUS LAW, PLLC** | **MCGLINCHEY STAFFORD PLLC** |
| 612 W. Bay Street | 10407 Centurion Pkwy N, Ste 200 |
| Tampa, Florida 33606 | Jacksonville, FL 32256 |
| Phone: (813) 360-1529 | Phone: (904) 224-4459 |
| Fax: (813) 336-0832 | Fax: (904) 212-1784 |
| | |
| /s/Brian L. Shrader | /s N. Mark New, II |
| **BRIAN L. SHRADER, ESQ.** | **DEREK K. MOUNTFORD, ESQ.** |
| Florida Bar No. 57251 | Florida Bar No. 127172 |
| e-mail: bshrader@tolicus.com | e-mail: dmountford@mcglinchey.com |
| **GUS M. CENTRONE, ESQ.** | **N. MARK NEW, II, ESQ.** |
| Florida Bar No. 30151 | Florida Bar No. 476773 |
| e-mail: gcentrone@tolicus.com | e-mail: mnew@mcglinchey.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

## RULE 3.01(g) CERTIFICATION

I hereby certify that pursuant to Local Rule 3.01(g) of the District Court for the Middle District of Florida, counsel for Plaintiff has conferred with Counsel for Merrick Bank and that counsel for Merrick Bank does not oppose the relief requested herein.

## CERTIFICATE OF SERVICE

I certify that on March 26, 2018, a copy of the foregoing was filed electronically using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ Brian L. Shrader
Attorney